William D. Larkin, Plaintiff-Appellant, v. William Gerhardt, Defendant-Appellee.

Gen. No. 47,550.

First District, Second Division.

March 24, 1959.

Released for publication April 21, 1959.

Frank Kirk, for plaintiff-appellant; Schuyler, Stough & Morris (Joseph R. Julin, John A. Collins, of counsel) for defendant-appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.